UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL ELDON KENNEMORE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:21-cv-231 SRW |
| DENISE HACKER, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on a document filed by petitioner Daniel Eldon Kennemore that has been construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is not on a Court form, as required, and therefore lacks important information regarding the case he is challenging, and the efforts he has made to exhaust his state remedies. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Furthermore, petitioner has not paid the filing fee or filed a motion for leave to proceed in forma pauperis.

The Court will direct petitioner to file an amended petition on a Court-provided form, which will be provided to him. The Court will also direct petitioner to either pay the filing fee or file a motion for leave to proceed in forma pauperis. Petitioner will be given thirty days in which to comply. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to petitioner a copy of the Court's 28 U.S.C. § 2254 form.

**IT IS FURTHER ORDERED** that petitioner shall file an amended petition on the Court form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner fails to file an amended petition on the Court form within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to petitioner a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that petitioner shall either pay the filing fee or file a motion for leave to proceed in forma pauperis within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner fails to either pay the filing fee or file a motion for leave to proceed in forma pauperis within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

Dated this 25th of February, 2021.

*/s/ Stephen R. Welby*
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE